## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**TERRY KURT ODOM**                                                                      **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.: 1:22-cv-169-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                        **DEFENDANT**

## ORDER

For the reasons given in this Court's Order [19] entered on June 27, 2023, it is hereby

ordered and adjudged that this case is dismissed with prejudice.

SO ORDERED, this the 27th day of June, 2023.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**